In the Matter of the Claim of Dominick Dirisio, Appellant, against John Caterino, Respondent, and Stanley Kajdasz, Appellant.

State Industrial Board, Appellant.

(Argued April 17, 1934; decided April 27, 1934.)

*Irving R. Templeton* for claimant, appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *John R. O'Hanlon* of counsel), for State Industrial Board, appellant.

*W. J. Wetherbee* and *William B. Grandison* for respondent.

Order of the Appellate Division reversed and award of the State Industrial Board affirmed, with one bill of costs against the respondent on the ground that there was evidence before the State Industrial Board that claimant was employed by the respondent. No opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs and Crouch, JJ. Not sitting: Kellogg, J.